**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| GESPA NICARAGUA, S.A., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| INABATA EUROPE, GMBH, | § | |
| RECOM AG, | § | |
| FLEXTRONICS INTERNATIONAL USA, | § | NO. 3:19-CV-182 |
| INC., | § | |
| FLEXTRONICS AUTOMOTIVE USA, | § | |
| LLC, AND | § | |
| MKG GMBH MONTAGEBAU KARL | § | |
| GLÖBEL, | § | |
| Defendants. | § | |
| | § | |

**DEFENDANT INABATA EUROPE GMBH'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a), 1446, and 1367, Defendant Inabata Europe GmbH ("Inabata") removes this matter to the United States District Court for the Western District of Texas, El Paso Division.  This action is related to *GESPA Nicaragua, S.A. v. Inabata Europe GmbH*, No. 3:17-CV-306-PRM (W.D. Tex.) and assignment to that Court is requested.

**I.   PLEADINGS, PROCESS, AND ORDERS**

Plaintiff GESPA Nicaragua, S.A. ("GESPA") served its Original Petition on Inabata in Germany on June 13, 2019.  The Original Petition bears a file-stamp indicating that it was filed in the 120th Judicial District Court of El Paso County, Texas, on October 31, 2018, styled as *GESPA Nicaragua S.A. v. Inabata Europe GmbH, et al.*, Cause No. 2018DCV4112 (the "State Court Action").  A copy of GESPA's Original Petition is attached as Exhibit A.  On its face, GESPA's Original Petition asserts a federal civil RICO claim against Inabata.  A copy of the documents served with the Petition, including a German-translated Petition, are attached as Exhibits B and C.

## II.   REMOVAL IS TIMELY

This Notice of Removal is timely, pursuant to 28 U.S.C. § 1446(b), because it is filed within 30 days of Plaintiff's service of the Summons and Original Petition on Inabata.  No previous Notice of Removal has been filed or made with this Court for the relief sought herein.

## III.   THIS COURT HAS FEDERAL QUESTION JURISDICTION

Under 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."  Federal district courts have original jurisdiction for all civil actions "arising under the Constitution, laws, or treatises of the United States." 28 U.S.C. § 1331.

This action is removable to the United States District Court for the Western District of Texas under § 1441(a) because this Court has original jurisdiction over this matter under § 1331. In its Original Petition, GESPA expressly alleges violations of § 1962(c) of the federal Racketeer Influenced and Corrupt Organizations Act, Pet. ¶¶ 85–94, which provides a private right of action in 18 U.S.C. § 1964(c).  Additionally, this Court sits within the District and Division "embracing the place where such action is pending" because the State Court Action is pending in El Paso County, Texas.

## IV.   THE OTHER PREREQUISITES FOR REMOVAL ARE SATISFIED

Venue is proper pursuant to 28 U.S.C. § 1446(a) because the El Paso Division of the United States District Court for the Western District of Texas is the judicial district embracing the place where the State Court Action was brought and is pending.

Pursuant to 28 U.S.C. § 1446(a), with this Notice of Removal, Inabata will file copies of all process, pleadings, and orders existing on file in the State Court Action in this removed action. Copies of these documents are attached hereto as Exhibits D–AA.

Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be provided to Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the 120th Judicial District Court in El Paso County, Texas.

Pursuant to 28 U.S.C. § 1446(b)(2), counsel for Inabata conferred with counsel for all Defendants regarding removal.  Defendants Flextronics International USA, Inc. and Flextronics Automotive USA, LLC (collectively, "Flextronics") consent to removal and join in this Notice.  A consent form executed by Flextronics is attached as Exhibit BB.

Defendant MKG GmbH Montagebau Karl Glöbel ("MKG") and Defendant RECOM AG ("RECOM") have not consented to removal.  However, the removal statute requires the consent only of those Defendants who have been "properly joined and served."  28 U.S.C. § 1446(b)(2). Improper joinder exists when a plaintiff cannot establish a cause of action against a defendant in state court.  *See, e.g.*, *Smallwood v. Illinois Cent. R.R. Co.*, 385 F.3d 568, 573 (5th Cir. 2004) (en banc).  And a lack of "personal jurisdiction over a defendant can show that there is no reasonable basis to predict recovery against that defendant, meeting the defendants' burden to show improper joinder."  *Thomas v. Chevron USA Inc.*, 2015 WL 12942434, at *8 n.2 (S.D. Tex. July 29, 2015) (citing *Cooper v. McDermott Int'l, Inc.*, 62 F.3d 395 (5th Cir. 1995) (Table)).

RECOM and MKG have objected to personal jurisdiction in the State Court Action and filed special appearances, *see* Exs. R & S, and personal jurisdiction does not exist over them. Absent personal jurisdiction, GESPA cannot obtain relief from RECOM and MKG in state court. RECOM and MKG, therefore, are improperly joined in this case and their consent is not necessary to remove this matter to federal court.

V.     **CONCLUSION**

Inabata respectfully requests that this action be removed from the 120th Judicial District Court in El Paso County, Texas, and that all future proceedings in this matter take place in the United States District Court for the Western District of Texas, El Paso Division.  Inabata also respectfully requests assignment to the Court in the related closed case of *GESPA Nicaragua, S.A. v. Inabata Europe GmbH*, No. 3:17-CV-306-PRM (W.D. Tex.).

Dated: July 8, 2019                                              Respectfully submitted,

                                                                  */s/ Justin R. Chapa*
                                                                  John W. Petrelli
                                                                       Texas State Bar No. 24056125
                                                                       john.petrelli@morganlewis.com
                                                                  Justin R. Chapa
                                                                       Texas State Bar No. 24074019
                                                                       justin.chapa@morganlewis.com
                                                                  MORGAN, LEWIS & BOCKIUS LLP
                                                                  1717 Main Street, Suite 3200
                                                                  Dallas, Texas  75201-7347
                                                                  Telephone:        +1.214.466.4000
                                                                  Facsimile:        +1.214.466.4001

                                                                  *Attorneys for Defendant*
                                                                  *Inabata Europe GmbH*

**CERTIFICATE OF CONFERENCE**

Pursuant to 28 U.S.C. § 1446(b)(2)(A), I hereby certify that I conferred with counsel for Flextronics, RECOM, and MKG regarding removal.  Flextronics consents to removal.  MKG and RECOM have not consented to removal, but their consent is not required for removal because they are improperly joined to this action.

                                                                  */s/ Justin R. Chapa*
                                                                  Justin R. Chapa

### CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2019, a true and correct copy of the foregoing document was served upon Counsel of Record by email and Certified Mail, Return Receipt Requested, as set forth below:

Joshua Sisam
SISAM & ASSOCIATES LLP
110 Industrial Drive
Boerne, TX 78006
T:  830-428-0333
F:  830-331-1027
josh@sisam.com
*Counsel for Plaintiff*


Priscila M. Castillo
MOSS LEGAL GROUP PLLC
5845 Cromo Dr., Suite 2
El Paso, Texas 79912
T:  915-703-7307
F:  915-703-7618
priscilla@mosslegalsolutions.com
*Counsel for Defendant Recom AG*


David Mirazo, Esq.
MOUNCE, GREEN, MYERS, SAFI, PAXSON & GALATZAN P.C.
100 N Stanton Street, Suite 1000
El Paso, TX 79901
T. 915-532-200
F. 915-541-1526
mirazo@mgmsg.com
*Counsel for Defendant MKG Gmbh Montagebau Karl Glöbel*

Peter Huston (*pro hac vice*)
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, CA 94111
T:  415.291.6211
F:  415.291.6311
peter.huston@bakerbotts.com

Matthew B. Allen
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
T:  713-229-1103
F:  713-229-2803
matt.allen@bakerbotts.com

J. Scott Mann
KEMP SMITH LLP
221 N. Kansas, Suite 1700
El Paso, Texas 79901
T:  915-533-4424
F:  915-546-5360
scott.mann@kempsmith.com

*Counsel for Defendants Flextronics International USA, Inc., and Flextronics Automotive USA (Texas), LLC*


*/s/ Justin R. Chapa*
Justin Roel Chapa