# EXHIBIT C

Case 3:19-cv-00182-PRM   Document 1-4   Filed 07/08/19   Page 1 of 9

**Förmliche Zustellung**

Amtsgericht Düsseldorf - Postfach 101140 - 40002 Düsseldorf
Telefon 0211 8306-0

| Geschäftsnummer: | Bezeichnung des Schriftstücks: |
|---|---|
| 9 AR 397/19 | Warning, Summary of the documents, Citation, Original Petition and Jury Demand with Exhibits 1-4 |

Weitersenden innerhalb des
(X) Bezirks des Amtsgerichts
( ) Bezirks des Landgerichts
( ) Inlandes

Inabata Europe GmbH
Am Seestern 4
40547 Düsseldorf

Bei der Zustellung zu beachtende Vermerke:

( ) Ersatzzustellung ausgeschlossen.
( ) Keine Ersatzzustellung an:

( ) Nicht durch Niederlegung zustellen.
( ) Mit Angabe der Uhrzeit zustellen.

**40547 Düsseldorf**

# Vorblatt zur Zustellungssendung

**Wichtiger Hinweis:**

Mit dieser Sendung werden Ihnen in gesetzlich vorgeschriebener Form die im Umschlag enthaltenen Schriftstücke förmlich zugestellt. Die förmliche Zustellung eines Schriftstücks dient dem Nachweis, dass dem Adressaten in gesetzlich vorgeschriebener Form Gelegenheit gegeben worden ist, von dem Schriftstück Kenntnis zu nehmen, und wann das geschehen ist.
Den **Tag der Zustellung** vermerkt der Zusteller auf dem Umschlag. Bitte bewahren Sie den Umschlag und dieses Vorblatt zusammen mit den darin enthaltenen Schriftstücken auf. Er dient in Zusammenhang mit diesem Vorblatt als Beleg, wenn Sie angeben müssen, welche Schriftstücke Ihnen wann zugestellt worden sind.

Wird der Zustellungsadressat oder eine zum Empfang des Schriftstücks berechtigte Person in der angegebenen Wohnung oder in den angegebenen Geschäftsräumen nicht angetroffen, kann das Schriftstück in einen zu der Wohnung oder dem Geschäftsraum gehörenden Briefkasten eingelegt werden. Mit der Einlegung gilt das Schriftstück als zugestellt.

EINGEGANGEN AM 13. JUNI 2019

**Amtsgericht Düsseldorf**



-9- Amtsgericht Düsseldorf - Postfach 101140 - 40002 Düsseldorf

Inabata Europe GmbH
Am Seestern 4
40547 Düsseldorf

06.06.2019

Seite 1 von 1

Aktenzeichen
**9 AR 397/19**
bei Antwort bitte angeben

Bearbeiter
Frau Driessen
Durchwahl
0211/8306-43810

Sehr geehrte Damen und Herren,

in Sachen

Inabata Europe GmbH

erhalten Sie auf Anordnung des Gerichts die Anlage(n) zur Kenntnis.

Mit freundlichen Grüßen

Driessen

Justizbeschäftigte

- automatisiert erstellt, ohne Unterschrift gültig -

Anschrift
Werdener Straße 1
40227 Düsseldorf
Sprechzeiten
Montag bis Freitag: 8.30 bis 12.30 Uhr und Donnerstag Nachmittag: 13.30 bis 14.30 Uhr
Telefon
0211 8306-0
Telefax:
0211 87565 - 1160

Nachtbriefkasten: Werdener Straße 1, 40227 Düsseldorf
Konten der Zahlstelle des Amtsgerichts Düsseldorf:
Bundesbank IBAN DE84300000000030001510,
Postbank IBAN DE58370100500011392501
Schalterstunden: Montag bis Freitag: 8.30 bis 12.30 Uhr und Donnerstag Nachmittag: 13.30 bis 14.30 Uhr
Verkehrsanbindung: Öffentliche Verkehrsmittel Rheinbahn bis Haltestelle Oberbilker Markt: Linie U 74, U 77, U 79, 706, 716.

EINGEGANGEN AM   13. JUNI 2019

Informationen zur Verarbeitung personenbezogener Daten in Rechtssachen durch die Justiz in Nordrhein-Westfalen finden Sie unter: http://www.ag-duesseldorf.nrw.de/kontakt/impressum/ZT_Links/datenschutz/ZT_Anlagen/rechtssachen.

**Beglaubigte Abschrift**

9 AR 397/19

# Amtsgericht Düsseldorf

# Verfügung

Amtsgericht Düsseldorf
- Auslandsabteilung -

**Rechtshilfeverkehr mit dem Ausland in Zivilsachen**

Sehr geehrter Zustellungsempfänger!

Die diesem Hinweis beigefügte Anlage ist Ihnen auf Antrag des

**RA Aaron Lukken**

zugestellt worden. Das für die Zustellung maßgebliche Datum ergibt sich aus dem Zustellungsvermerk des Postboten auf der Vorderseite des Briefumschlags.

Das Amtsgericht Düsseldorf hat diese Zustellung lediglich vermittelt, so dass Anfragen, die das im Ausland stattfindende Verfahren betreffen, von hier nicht beantwortet werden können.

Sie werden daher gebeten, eventuelle Schreiben oder Rückfragen unmittelbar an die oben angeführte oder an die aus der zugestellten Anlage ersichtliche ausländische Behörde zu richten. Dabei ist nach Möglichkeit das Geschäftszeichen des dortigen Verfahrens anzugeben.

Beglaubigt
Urkundsbeamter/in der Geschäftsstelle
Amtsgericht Düsseldorf



# ACHTUNG
### WARNING
*AVERTISSEMENT*

**Name und Anschrift des Empfängers**
Identity and address of the addressee
*Identité et adresse du destinataire*
Inabata Europe GmbH
Am Seestern 4
40547 Düsseldorf

## WICHTIGER HINWEIS

**DAS ANLIEGENDE SCHRIFTSTÜCK IST EIN RECHTSDOKUMENT UND KANN IHRE RECHTE UND PFLICHTEN BERÜHREN. DIE „ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS" ENTHALTEN HINWEISE ZU DER ART UND DEM ZWECK DES SCHRIFTSTÜCKS. SIE SOLLTEN DAS SCHRIFTSTÜCK AUF JEDEN FALL AUFMERKSAM DURCHLESEN UND GEGEBENENFALLS RECHTSRAT EINHOLEN.**
**WENN SIE NICHT ÜBER AUSREICHENDE FINANZIELLE MITTEL VERFÜGEN, SOLLTEN SIE SICH ERKUNDIGEN, OB DIE MÖGLICHKEIT BESTEHT, IN IHREM LAND ODER IN DEM LAND, IN DEM DAS SCHRIFTSTÜCK AUSGESTELLT WURDE, PROZESSKOSTENHILFE ODER BERATUNGSHILFE ZU ERHALTEN.**
**ANFRAGEN ZUR GEWÄHRUNG VON PROZESSKOSTENHILFE ODER BERATUNGSHILFE IN DEM LAND, IN DEM DAS SCHRIFTSTÜCK AUSGESTELLT WURDE, KÖNNEN AN FOLGENDE STELLE GERICHTET WERDEN:**

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Texas Riogrande Legal Aid Inc
1331 Texas Ave.
El Paso, TX 79901
Tel. +1 (915) 585-5100

**Es wird empfohlen, die in der Mitteilung vorgedruckten Teile in englischer und französischer Sprache und gegebenenfalls auch in der Amtssprache oder einer der Amtssprachen des Ursprungsstaates abzufassen. Die Eintragungen können in der Sprache des Empfängerstaates oder in englischer oder französischer Sprache gemacht werden.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

# ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS
### SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.
**(Artikel 5 Absatz 4).**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Bezeichnung und Anschrift der ersuchenden Stelle:** Name and address of the requesting authority: Nom et adresse de l'autorité requérante : | Aaron Lukken, R.A. Viking Advocates, LLC 6525 Charlotte Street Kansas City, Missouri 64131  USA Tel. +1.816.200.1383 lukken@vikinglaw.us |
| **Bezeichnung der Parteien\*:** Particulars of the parties\*: Identité des parties\* : | GESPA Nicaragua, S.A., Plaintiff/Kläger, **Inabata Europe GmbH**; Recom AG; Flextronics International USA, Inc.; Flextronics Automotive USA, LLC; MKG GmbH Montagebau Karl Göbel; Defendants/Beklagte. |

\* Gegebenenfalls Name und Anschrift der an der Übersendung des Schriftstücks interessierten Person.
If appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **GERICHTLICHES SCHRIFTSTÜCK \*\***
JUDICIAL DOCUMENT\*\*
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Art und Gegenstand des Schriftstücks:** Nature and purpose of the document: Nature et objet de l'acte : | To inform the defendants of the claims against them, and to demand their appearance at court. (Den Beklagten über die Forderungen zu unterrichten und sein Aussehen vor Gericht zu verlangen.) |
| **Art und Gegenstand des Verfahrens, gegebenenfalls Betrag der geltend gemachten Forderung:** Nature and purpose of the proceedings and, when appropriate, the amount in dispute: Nature et objet de l'instance, le cas échéant, le montant du litige : | The plaintiffs accuse the defendants of fraudulent and deceptive conduct in the performance of a contract for the sale and delivery of 46,000 solar panels. (Die Klägerin legt den Angeklagten zur Last, bei der Erfüllung eines Vertrags über den Kauf und die Lieferung von 46.000 Solarpanelen ein betrügerisches und hinterhältiges Verhalten an den Tag gelegt zu haben.) |
| **Termin und Ort für die Einlassung auf das Verfahren \*\*:** Date and Place for entering appearance\*\*: Date et lieu de la comparution\*\* : | Within 20 days of service, the respondents must enter an appearance at the United States District Court for the Western District of Texas, 525 Magoffin Avenue, El Paso, TX 79901.  (Die Beklagten müssen innerhalb von 20 Tagen nach Zustellung bei folgendem Gericht vorstellig werden: United States District Court for the Western District of Texas, 525 Magoffin Avenue, El Paso, TX 79901.) |
| **Gericht, das die Entscheidung erlassen hat \*\*:** Court which has given judgment\*\*: Juridiction qui a rendu la décision\*\* : | No judgment has been issued.  (Ein Urteil wurde nicht erlassen.) |
| **Datum der Entscheidung \*\*:** Date of judgment\*\*: Date de la décision\*\* : | No judgment has been issued.  (Ein Urteil wurde nicht erlassen.) |
| **Im Schriftstück vermerkte Fristen \*\*:** Time limits stated in the document\*\*: Indication des délais figurant dans l'acte\*\* : | 20 days (20 Tagen) |

\*\* Wenn zutreffend
If appropriate / s'il y a lieu

Ständiges Büro, Januar 2015

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **INABATA EUROPE GMBH,** which may be served with process at **No Known Address** or wherever he/she may be found.

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition and Jury Demand** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **120th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 31st day of October, 2018 by Attorney at Law, JOSHUA H. SISAM, 110 INDUSTRIAL DRIVE, BOERNE, TX  78006, in this case numbered **2018DCV4112** on the docket of said court, and styled:

**GESPA NICARAGUA, S.A.
VS
INABATA EUROPE GMBH, RECOM AG,
FLEXTRONICS INTERNATIONAL USA, INC.,
FLEXTRONICS AUTOMOTIVE USA, LLC, AND
MKG GMBH MONTAGEBAU KARL GLOBEL**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition and Jury Demand** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 11th day of January, 2019.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: __NORMA FAVELA BARCELEAU__ District Clerk
El Paso County, Texas
By: _____, Deputy
Clarisa Aguirre

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

## BUNDESSTAAT TEXAS

BEACHRICHTIGUNG AN DEN BEKLAGTEN: „Sie wurden verklagt. Sie dürfen sich einen Anwalt nehmen. Wenn Sie oder Ihr Anwalt nicht bis 10:00 Uhr am auf den Ablauf von zwanzig Tagen nach Zustellung dieser Vorladung und Klageschrift an Sie folgenden Montag eine schriftliche Klagebeantwortung einreichen, adressiert an den Urkundsbeamten, der diese Vorladung an Sie zugestellt hat, dann kann ein Urteil in Abwesenheit gegen Sie gefällt werden."

AN: **INABATA EUROPE GMBH**, wobei diese Vorladung zugestellt werden kann an der folgenden Anschrift: **Keine Bekannte Anschrift**, oder wo die Person anzutreffen ist.

Grüße,

Sie werden hiermit aufgefordert, eine schriftliche Klagebeantwortung der **Ursprünglichen Klageschrift des Klägers und Forderung nach Verhandlung vor einer Jury** bei dem **Bezirksgericht des 120. Bezirks (120th Judicial District Court)**, in El Paso County, Texas, im Gerichtsgebäude des besagten County in El Paso, Texas, einzureichen. Dies muss bis 10:00 Uhr am auf den Ablauf von zwanzig Tagen nach Zustellung dieser Vorladung und Klageschrift an Sie folgenden Montag geschehen.

Die besagte Klageschrift des Klägers wurde bei besagtem Gericht am 31. Tag des Monats Oktober 2018 durch den Rechtsanwalt JOSHUA H. SISAM, 110 INDUSTRIAL DRIVE, BOERNE, TX 78006 eingereicht, mit der Fallnummer **2018DCV4112** auf der Prozessliste des besagten Gerichts und der Bezeichnung:

**GESPA NICARAGUA, S.A.**

gegen

**INABATA EUROPE GMBH, RECOM AG,
FLEXTRONICS INTERNATIONAL USA, INC.,
FLEXTRONICS AUTOMOTIVE USA, LLC UND
MKG GMBH MONTAGEBAU KARL GLOBEL [sic]**

Die Natur der Forderung des Klägers wird durch die wahrheitsgetreue und korrekte Kopie der **Ursprünglichen Klageschrift des Klägers und Forderung nach Verhandlung vor einer Jury**, die dieser Vorladung beigefügt wurde und ein Teil davon ist, vollständig angezeigt.

Der Justizbeamte, der dieses Schreiben ausführt, muss dieses laut Gesetz und den dadurch gebotenen Verfügungen umgehend zustellen und ebenfalls laut Gesetz einen ordnungsgemäßen Rückschein überbringen.

Ausgestellt und mit meiner Unterschrift und dem Siegel des besagten Gerichts versehen in El Paso, Texas, am 11. Tag dieses Monats Januar 2019.

JUSTIZBEAMTIN (*CLERK*) DES GERICHTS

**NORMA FAVELA BARCELEAU**

District Clerk (Urkundsbeamte des Bezirksgerichts)
El Paso County Courthouse
500 E. San Antonio Avenue, RM 103
El Paso, Texas 79901



Attest: NORMA [Unleserlich] BARCELEAU    Urkundsbeamte (*District Clerk*) des Bezirksgerichts
El Paso County, Texas

Durch: [Unterschrift]_____, Stellvertretende Justizbeamtin (*Deputy*)
Clarisa Aguirre

Regel 106: „(...) diese Vorladung wird jedem Beklagten zugestellt, indem der Justizbeamte den Beklagten persönlich eine wahrheitsgetreue Kopie der Klageschrift mit darauf angegebenem Zustellungsdatum und einer beigefügten Kopie der Klageschrift übergibt."