IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| GESPA NICARAGUA, S.A.,<br>    Plaintiff, | § § § | |
| v. | § § | EP-19-CV-182-PRM |
| INABATA EUROPE, GMBH,<br>et al.,<br>    Defendants. | § § § § | |

### FINAL JUDGMENT AS TO INABATA EUROPE GMBH

On this day, the Court dismissed Defendant Inabata Europe GmbH from the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure regarding Defendant Inabata Europe GmbH.

Accordingly, **IT IS ORDERED** that the above-captioned cause is **DISMISSED** against Defendant Inabata Europe GmbH with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter regarding Defendant Inabata Europe GmbH are **VACATED.**

**IT IS FURTHER ORDERED** that all pending motions in this matter by or against Defendant Inabata Europe GmbH, if any, are **DENIED AS MOOT.**

SIGNED this 30th day of December, 2019.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE